**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 23, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
**WD77512**      **John R. Jones vs. Dave Dormire, Robert Gibson, Charles Lowell and Douglas Worsham**




**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
**None**